IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES GOODIN
ADC #98929                                                                      PLAINTIFF

v.                                     No. 1:14-cv-96-DPM-BD

LOUCINDA LONG, Arkansas Department
of Correction, Grimes Unit                                          DEFENDANT

ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes).    The Court directs the Clerk to

change the docket: № 10 is Goodin's response accepting the disposition, not

an objection.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 October 2014_