IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES GOODIN
ADC #98929**     **PLAINTIFF**

v.     No. 1:14-cv-96-DPM

**LOUCINDA LONG, Arkansas Department
of Correction, Grimes Unit**     **DEFENDANT**

JUDGMENT

Complaint dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 October 2014